STATE of Missouri, Respondent,

v.

Cornell JACKSON, Appellant.

Nos. WD 41671, WD 44356.

Missouri Court of Appeals,
Western District.

July 28, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
Sept. 1, 1992.

Application to Transfer Denied
Oct. 27, 1992.

Craig Allan Johnston, Asst. Public Defender, Columbia, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before HANNA, P.J., and FENNER and ULRICH, JJ.

ORDER

PER CURIAM.

Appellant, Cornell Jackson, appeals his conviction of assault in the first degree and the denial of his Rule 29.15 motion for post-conviction relief.

Judgments affirmed. Rule 30.25(b).